UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | ORDER |
| VS. | : | |
| TROY BRASBY | : | CRIMINAL NO. 20-122(NLH) |
| | : | |

The financial ability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this  25TH  day February, 2020

ORDERED that Richard Coughlin, Federal Public Defender (Lori Koch, AFPD) for the District of New Jersey, is hereby appointed to represent said defendant in this cause until further Order of the Court.

JOEL SCHNEIDER
UNITED STATES MAGISTRATE JUDGE

cc: Federal Public Defender