# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 20- -122(NLH) |
| TROY BRASBY | ) | |
| | ) | |
| *Defendant* | ) | |

### ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: U.S. Courthouse<br>4th and Cooper Streets<br>Camden, NJ 08101 | Courtroom No.: 3C |
|---|---|
| | Date and Time: February 27, 2020, at 2:00p.m. |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: 02/25/2020

*Judge's signature*

Hon. Joel Schneider, U.S.M.J.
*Printed name and title*